# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Orrick, William H. | U.S. District Court, Northern District of California | 05/1/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U. S. District Judge | ☐ Nomination Date <br> ☐ Initial ☑ Annual ☐ Final <br> 5b. ☐ Amended Report | 01/01/2017 to 12/31/2017 |

**7. Chambers or Office Address**

United States District Court, Northern District of California
450 Golden Gate Avenue
San Francisco CA 94102

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Trust #1 |
| 2. Trustee | Trust #2 |
| 3. Co-Trustee | Trust #3 |
| 4. Trustee | Trust #4 |
| 5. Trustee | Trust #5 |
| 6. Trustee | Trust #6 |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Orrick, William H. | 05/1/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME *(yours, not spouse's)* |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2017 | Self-employed artist |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. First Republic checking accounts | A | Interest | L | T | | | | | |
| 2. Beneficial State Bank (f k a OnePacificCoast Bank) accounts | A | Interest | K | T | | | | | |
| 3. Rental property #1, Marin County, CA | E | Rent | P1 | W | | | | | |
| 4. | | | | | | | | | |
| 5. 401K #1 | | | | | | | | | |
| 6. - Dodge & Cox Stock Fund | F | Dividend | O | T | | | | | |
| 7. - Fidelity Diversified International Fund | E | Dividend | O | T | | | | | |
| 8. - Spartan 500 Index Fund | E | Dividend | O | T | | | | | |
| 9. - Vanguard Total Bond Market | C | Int./Div. | M | T | | | | | |
| 10. | | | | | | | | | |
| 11. 401k#2 | | | | | | | | | |
| 12. -Vanguard Target 2020 Fund | E | Dividend | O | T | | | | | |
| 13. -Vanguard Int'l Growth Fund | D | Dividend | M | T | | | | | |
| 14. | | | | | | | | | |
| 15. Vanguard Int'l Growth Fund | A | Dividend | L | T | | | | | |
| 16. Vanguard Int'l Growth Fund | C | Dividend | L | T | | | | | |
| 17. Dodge & Cox Stock Fund | E | Dividend | N | T | Sold (part) | 02/14/17 | L | E | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Orrick, William H. | 05/1/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | | | | | |
| 19. Trust #1 | | | | | | | | | |
| 20. -12% interest in rental property #1, Marin County, CA. | | None | O | W | | | | | |
| 21. - Eli Lilly & Co Com | B | Dividend | L | T | | | | | |
| 22. - Express Scripts Hldg Co Com | | None | | | Sold | 01/24/17 | J | D | |
| 23. - General Electric Com | C | Dividend | M | T | | | | | |
| 24. - IBM Com | D | Dividend | M | T | | | | | |
| 25. - Merck & Co Com | B | Dividend | K | T | | | | | |
| 26. - Monsanto Co Com | B | Dividend | L | T | | | | | |
| 27. - Pfizer Com | B | Dividend | L | T | | | | | |
| 28. - Proctor & Gamble Com | D | Dividend | N | T | | | | | |
| 29. - Rayonier Com | A | Dividend | J | T | | | | | |
| 30. -Vanguard Index | A | Dividend | K | T | Buy | 01/24/17 | J | | |
| 31. - JM Smucker Com | A | Dividend | J | T | | | | | |
| 32. - First Republic Bank account | A | Interest | K | T | | | | | |
| 33. | | | | | | | | | |
| 34. Trust #2 | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -3M Co Com | A | Dividend | K | T | | | | | |
| 36. - 21st Century Fox | A | Dividend | L | T | | | | | |
| 37. -Adobe Systems | | None | K | T | Sold (part) | 10/05/17 | K | E | |
| 38. -Adient PLC | C | Dividend | | | Sold | 11/01/17 | J | C | |
| 39. - Aegon N V NY Registry ADR | A | Dividend | J | T | | | | | |
| 40. - American Express Co Com | A | Dividend | L | T | | | | | |
| 41. - Apache Corp | A | Dividend | K | T | | | | | |
| 42. - Baker Hughes, Inc. Com | A | Dividend | K | T | | | | | |
| 43. - Bank of America Com | B | Dividend | L | T | | | | | |
| 44. -Bank of New York Mellon Com | A | Dividend | L | T | | | | | |
| 45. - BB&T Corp Com | A | Dividend | K | T | | | | | |
| 46. - Boston Scientific Corp Com | | None | K | T | | | | | |
| 47. - Cadence Design System Inc Com | | None | L | T | Sold (part) | 10/23/17 | K | E | |
| 48. - Capital One Fin'l Corp Com | A | Dividend | L | T | | | | | |
| 49. -Cisco Systems | B | Dividend | L | T | | | | | |
| 50. - Charles Schwab Corp | A | Dividend | M | T | | | | | |
| 51. - Charter Communications | | None | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Chevron Corp Com | B | Dividend | L | T | | | | | |
| 53. -Comcast Corp new CLA com | B | Dividend | M | T | | | | | |
| 54. - Corning | A | Dividend | K | T | | | | | |
| 55. -DXC Technology (x) | A | Dividend | L | T | | | | | |
| 56. - Dell Technologies | | None | J | T | | | | | |
| 57. - Diageo PLC Spon ADR New | A | Dividend | K | T | | | | | |
| 58. -Dodge and Cox Stock Fund | C | Dividend | L | T | Buy | 10/25/17 | L | | |
| 59. - Dow Dupont Com | B | Dividend | L | T | | | | | |
| 60. -EBay Inc Com | | None | K | T | | | | | |
| 61. - Eli Lilly Com | A | Dividend | K | T | | | | | |
| 62. - Ericcson L M Tel Co ADR B SEK 10 | | None | J | T | | | | | |
| 63. - Fedex Corp Com | A | Dividend | M | T | | | | | |
| 64. - General Electric Com | B | Dividend | K | T | | | | | |
| 65. - Harley Davidson | A | Dividend | K | T | | | | | |
| 66. - HP Inc. | B | Dividend | L | T | | | | | |
| 67. -Hewlett Packared Ente | A | Dividend | K | T | | | | | |
| 68. - Home Depot Inc Com | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Orrick, William H. | 05/1/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - IBM Com | B | Dividend | K | T | | | | | |
| 70. - Johnson Controls Interactive | A | Dividend | K | T | | | | | |
| 71. - Liberty Interactive Corporation Int Com Ser A | | None | K | T | | | | | |
| 72. - Medtronic, Inc Com | B | Dividend | K | T | | | | | |
| 73. -Micro Focus Int'l (X) | C | Dividend | J | T | | | | | |
| 74. - Merck & Co New Com | B | Dividend | L | T | | | | | |
| 75. - Microsoft Com | B | Dividend | M | T | | | | | |
| 76. - National Oilwell | A | Dividend | K | T | | | | | |
| 77. -NetApp | A | Dividend | K | T | | | | | |
| 78. -Novartis ADR | B | Dividend | L | T | | | | | |
| 79. -Paypal Holdings | | None | K | T | | | | | |
| 80. - Pfizer Com | B | Dividend | L | T | | | | | |
| 81. - Proctor & Gamble Com | B | Dividend | K | T | | | | | |
| 82. - Roche Hldg Ltd Spon ADR | B | Dividend | K | T | | | | | |
| 83. - Sanofi Spon ADR | | None | K | T | | | | | |
| 84. - Schlumberger Ltd | B | Dividend | K | T | | | | | |
| 85. -Seattle Spin Co (X) | | | | | Sold | 09/01/17 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Orrick, William H. | 05/1/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - Sprint Nextel Corp com ser 1 | | None | J | T | | | | | |
| 87. - Suntrust Bks Inc Com | B | Dividend | L | T | | | | | |
| 88. - Symantec Corp Com | A | Dividend | K | T | Sold (part) | 10/23/17 | K | D | |
| 89. - Target Corp Com | A | Dividend | K | T | | | | | |
| 90. - TE Connectivity Ltd Reg com shs | A | Dividend | L | T | | | | | |
| 91. - Time Warner Inc com new | B | Dividend | L | T | | | | | |
| 92. - Travelers Companies Inc Com | A | Dividend | K | T | | | | | |
| 93. - Union Pacific Com | B | Dividend | L | T | | | | | |
| 94. - United Health Group | A | Dividend | K | T | | | | | |
| 95. - US Bancorp Del com new | A | Dividend | K | T | | | | | |
| 96. - Vulcan Materials Co Com | A | Dividend | L | T | | | | | |
| 97. - Walmart Stores Inc Com | A | Dividend | K | T | | | | | |
| 98. -Wells Fargo & Co | C | Dividend | M | T | | | | | |
| 99. - Schwab CA Muni Money Fund | A | Interest | J | T | | | | | |
| 100. | | | | | | | | | |
| 101. Trust # 3 | | | | | | | | | |
| 102. - Santa Clara Vy Calif Transn Auth Sales T Sales Tax Rev Bd | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Orrick, William H. | 05/1/2018 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. - LA Cty Calif Met Transn Auth S Meas. R senior sales tax bd | A | Interest | K | T | | | | | |
| 104. - Calif St Univ Rev systemwide Rev Bds | A | Interest | | | Sold | 05/01/17 | K | A | |
| 105. - Santa Clara Ca Uni Sch Dist GO Bds | A | Interest | K | T | | | | | |
| 106. - Calif St GO Refunding bonds | A | Interest | | | Sold | 02/01/17 | K | A | |
| 107. - LA Calif Uni Sch Dist GO | B | Interest | K | T | | | | | |
| 108. - 3M Co Com | B | Dividend | L | T | | | | | |
| 109. -21st Century Fox | A | Dividend | L | T | | | | | |
| 110. - Advansix, Inc. | | None | | | Sold | 06/29/17 | J | A | |
| 111. - Aegon N V NY Registry sh ADR | A | Dividend | J | T | | | | | |
| 112. - American Express Co Com | A | Dividend | K | T | | | | | |
| 113. - Berkshire Hathaway Inc Del Cl B new Com | | None | K | T | | | | | |
| 114. - Capital One Fin'l Corp Com | A | Dividend | L | T | | | | | |
| 115. - Charter Communications | | None | K | T | | | | | |
| 116. - Chevron Corp Com | B | Dividend | L | T | | | | | |
| 117. - Comcast Corp new cl A com | C | Dividend | M | T | | | | | |
| 118. - Computer Sciences Corp com (X) | A | Dividend | | | | | | | |
| 119. -CSRA Inc. | A | Dividend | | | Sold | 10/23/17 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Orrick, William H. | 05/1/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -DXC Technology (x) | A | Dividend | K | T | | | | | |
| 121. - Dow Dupont Com | B | Dividend | M | T | | | | | |
| 122. - EBay Inc Com | | None | K | T | | | | | |
| 123. - Eli Lilly & Co Com | B | Dividend | L | T | | | | | |
| 124. - Ericcson LM Tel Co ADR B sek 10 | | None | J | T | | | | | |
| 125. - Exxon Mobil Corp Com | C | Dividend | L | T | | | | | |
| 126. - Fedex Corp Com | A | Dividend | K | T | | | | | |
| 127. - General Electric Com | D | Dividend | M | T | Sold (part) | 10/23/17 | J | D | |
| 128. - HP Inc. | B | Dividend | L | T | | | | | |
| 129. -Hewlett Packard Ente | A | Dividend | K | T | | | | | |
| 130. -Home Depot Com | B | Dividend | M | T | | | | | |
| 131. - Honeywell Int'l Com | B | Dividend | L | T | | | | | |
| 132. - IBM Com | C | Dividend | L | T | | | | | |
| 133. - Kimberly Clark Corp Com | B | Dividend | K | T | | | | | |
| 134. - Medtronic | A | Dividend | K | T | | | | | |
| 135. - Merck & Co Com | B | Dividend | L | T | | | | | |
| 136. - Micro Focus Intl (X) | | None | J | T | Sold (part) | 09/01/17 | J | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Orrick, William H. | 05/1/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. - Microsoft | A | Dividend | K | T | | | | | |
| 138. - National Oilwell | A | Dividend | | | Sold | 06/29/17 | K | A | |
| 139. - Novartis AG Spons ADR | B | Dividend | L | T | | | | | |
| 140. - Paypal | | None | | | Sold | 12/11/17 | J | D | |
| 141. - Pfizer Com | D | Dividend | M | T | | | | | |
| 142. - Proctor & Gamble Co Com | B | Dividend | L | T | | | | | |
| 143. - Sanofi Spons ADR | | None | K | T | | | | | |
| 144. - Charles Schwab Corp new com | A | Dividend | K | T | | | | | |
| 145. - Sprint Nextel Corp com ser 1 | | None | J | T | | | | | |
| 146. - Target Corp Com | B | Dividend | K | T | | | | | |
| 147. - TE Connectivity Ltd Reg Shs Com | B | Dividend | L | T | | | | | |
| 148. - Time Warner Inc new com | B | Dividend | L | T | | | | | |
| 149. - Travelers Companies Inc Com | C | Dividend | M | T | | | | | |
| 150. - Union Pac Corp Com | C | Dividend | M | T | | | | | |
| 151. - Walmart Stores Com | A | Dividend | K | T | | | | | |
| 152. - Wells Fargo & Co new com | D | Dividend | N | T | Sold (part) | 10/23/17 | J | D | |
| 153. - Schwab CA Muni Money Fund | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Orrick, William H. | 05/1/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 154. | | | | | | | | | |
| 155. TIAA-CREF: Cref Stock Fund | B | Dividend | K | T | | | | | |
| 156. TIAA Traditional Annuity | A | Interest | J | T | | | | | |
| 157. | | | | | | | | | |
| 158. Trust #4 : Dodge & Cox Stock Fund | E | Dividend | N | T | | | | | |
| 159. Trust #5: Dodge & Cox Stock Fund | F | Dividend | O | T | Sold (part) | 07/11/17 | L | D | |
| 160. Trust #6: Dodge & Cox Stock Fund | E | Dividend | O | T | Sold (part) | 04/28/17 | J | D | |
| 161. | | | | | Sold (part) | 08/22/17 | J | C | |
| 162. | | | | | Sold (part) | 12/28/17 | J | C | |
| 163. | | | | | | | | | |
| 164. Orphagen Pharmaceuticals preferred shares | | None | J | W | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Orrick, William H. | 05/1/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

In Part VII, I have listed Rental Property #1 twice, in lines 3 and 20. 12% of the property is held in Trust #1 (line 20), and 21 1/3% is owned by me separately (line 3), and the gross values of those percentage interests are estimated accordingly. Rental Property #1 is rented--my share of the gross rent is reflected on line 3.

(X) Three new companies appear on my disclosure as a result of the partial spin-offs of businesses from HP Enterprises. DXC Technology was spun off from HP Enterprises's Enterprise Services business and merged with Computer Sciences Corp. All of my shares in Computer Sciences Corp were exchanged for additional DXC shares. As of April 3, 2017, I owned shares in DXC and none in Computer Sciences Corp. HP Enterprises also spun off its software business to Seattle Spin Co. on September 1, 2017, which immediately merged with MicroFocus Int'l. I did not sell any of my stock in HP Enterprises.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **William H. Orrick**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544